UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BARRY O'KEEFMAN<br>~~JOSHUA SCHUSTER~~,<br><br>Defendant. | **WAIVER OF INDICTMENT**<br><br>25 Cr. ___ (GHW)<br><br>CRIM 211 |

The above-named defendant, who is accused of violating Title 15, United States Code, Sections 78j(b) & 78ff; Title 17, Code of Federal Regulations, Section 240.10b-5; and Title 18, United States Code, Section 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
BARRY BREEMAN
Defendant

_____
Witness

_____
Martin Cohen
Attorney for Defendant

Dated: New York, New York
       May 8, 2025