```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                  :
                                           :
              -against-                    :
                                           :
BARRY BREEMAN,                             :        1:25-cr-211-GHW
                                           :
                        Defendant.         :        ORDER
------------------------------------------------------------ X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 5/12/2025 |

GREGORY H. WOODS, United States District Judge:

A sentencing hearing in this matter will take place on September 9, 2025 at 11:00 a.m. The hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The defendant's sentencing submissions are due no later than August 26, 2025. The Government's sentencing submissions are due no later than September 2, 2025. The parties are directed to appear for the hearing as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: May 12, 2025

_____
GREGORY H. WOODS
United States District Judge