| | |
|---|---|
| **Federal Defenders**<br>OF NEW YORK, INC. | Southern District<br>52 Duane Street, 10th Floor<br>New York, NY 10007<br>Tel: (212) 417-8700 Fax: (212) 571-0392 |
| Tamara Giwa<br>*Executive Director* | Jennifer L. Brown<br>*Attorney-in-Charge* |

## MEMORANDUM ENDORSED

May 13, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2025
```

*By ECF*

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Barry Breeman*, 25 Cr. 211 (GHW)

Dear Judge Woods:

      I write on consent of the Government (Assistant U.S. Attorney Daniel Nessim) and Pretrial Services (Officer Jessica Aguilar-Adan) to respectfully request that the Court expand Mr. Breeman's permissible travel areas to include the District of New Jersey and the Eastern District of Pennsylvania.

      Mr. Breeman pleaded guilty to securities fraud at his initial appearance in front of Magistrate Judge Aaron. He was released on conditions including a $250,000 personal recognizance bond to be co-signed by his wife, supervision as directed by Pretrial Services, surrender of all travel documents, and travel restricted to the Southern and Eastern Districts of New York. Sentencing in this matter is scheduled for September 9, 2025, at 11:00 AM.

      Mr. Breeman lives in Tuxedo Park, New York, which is very close to the New Jersey border. He and his wife regularly travel to New Jersey, as well as to the Eastern District of Pennsylvania. Accordingly, I respectfully request that Mr. Breeman be permitted to travel to those districts while on pretrial release.

Respectfully submitted,

/s/

Martin S. Cohen
Ass't Federal Defender
Tel.: (646) 588-8317

---

Application granted. The conditions of Mr. Breeman's pretrial release are modified as follows: Mr. Breeman may travel to and within the District of New Jersey and the Eastern District of Pennsylvania. All other conditions of Mr. Breeman's pretrial release remain in full force and effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 8.

SO ORDERED.
Dated: May 14, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge