# Federal Defenders

## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

## MEMORANDUM ENDORSED

January 8, 2026

*By ECF*

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:  1/8/2026  |

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Barry Breeman*, 25 Cr. 211 (GHW)

Dear Judge Woods:

I write on consent of the Pretrial Services Office (Officer Emily Rosado) to respectfully request that the Court permit that office to return Mr. Breeman's passport now that he has surrendered to the designated BOP facility for the service of his sentence.

On October 29, 2025, the Court sentenced Mr. Breeman to a term of 36 months' imprisonment, and scheduled a surrender date of January 5, 2026. Mr. Breeman surrendered on that date.

The Pretrial Services Office requires a court order to return a person's passport. Absent such an order, the Office returns the passport to the State Department. Mr. Breeman has now surrendered to the Bureau of Prisons, and thus all bail conditions – including the surrender of his passport – have terminated. Accordingly, I respectfully request that the Court permit the Pretrial Services Office to return Mr. Breeman's passport to his family.

Respectfully submitted,

/s/_____
Martin Cohen
Assistant Federal Defender
(646) 588-8317

cc.    All counsel of record, by ECF
        U.S. Pretrial Services Officer Emily Rosado, by e-mail

Application granted in part.  Pretrial Services may return Mr. Breeman's passport to Mr. Cohen or his designated representative.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 29.
SO ORDERED.

_____
GREGORY H. WOODS
United States District Judge

Dated:  January 8, 2026
New York, New York